[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-12054
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPTEMBER 9, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 03-00054-CR-5-MCR

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TYRONIE PATTERSON,
a.k.a. BIZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(September 9, 2009)

Before BIRCH, CARNES and WILSON, Circuit Judges.

PER CURIAM:

Randolph P. Murrell and Chet Kaufman, appointed counsel for Tyronie

Patterson in this appeal of the district court's order granting a sentence reduction, pursuant to 18 U.S.C. § 3582, have moved to withdraw from further representation of appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's order granting Patterson a sentence reduction under § 3582(c)(2) is **AFFIRMED.**